COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Eric Rostro v. The State of Texas

Appellate case number:   01-11-00556-CR

Trial court case number:  57844

Trial court:             300th District Court of Brazoria County

This case was abated and remanded to the trial court for the preparation of an amended certification of appellant's right to appeal as required by Texas Rule of Appellate Procedure 25.2. *See* TEX. R. APP. P. 25.2. The district clerk has filed a supplemental clerk's record containing the trial court's certification of appellant's right to appeal. The court reporter has also filed a reporter's record of the hearing. Accordingly, we REINSTATE this case on the Court's active docket.

The clerk's record and reporter's record have already been filed in this case. Shortly before this case was abated, appellant's counsel filed a motion for extension of time to file appellant's brief, requesting an extension until April 2, 2012. The Court finds appellant's motion now moot.

The Court ORDERS appellant's brief to be filed within 30 days from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a).

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Justice Laura Carter Higley
                   ☒Acting individually     ☐ Acting for the Court


Date:  March 18, 2014